## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DONALD A. ALLEN,** <br><br> Petitioner, <br><br> v. <br><br> **STATE OF NEW JERSEY,** <br><br> Respondent. | Case No. 25–cv–18882–ESK <br><br><br> OPINION |

**KIEL, U.S.D.J.**

Petitioner Donald A. Allen filed a petition for a writ of coram nobis under 28 U.S.C. §1651 (Petition) (ECF No. 1.) The Court previously administratively terminated the Petition because petitioner did not pay the filing fee or submit an *in forma pauperis* application. (ECF No. 4.) Petitioner has submitted an *in forma pauperis* application (Application) (ECF No. 5) and motion to reinstate the Petition (Motion) (ECF No. 6.)

I will deny the Application and Motion. The amount in petitioner's prison account routinely exceeded $200 in the six months before he filed the Petition. (ECF No. 5 pp. 5, 6.) According to the statement, his national 6 months deposits totaled $1,650. (*Id.* p. 6.) For 30-day period preceding the Application, petitioner's maximum balance was $305.17. (*Id.*) It therefore appears that petitioner can afford to pay the $5.00 filing fee. I will deny the Motion and direct the Clerk to reopen the proceedings upon payment of the fee.

An appropriate Order accompanies this Opinion.

/s/ *Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**

Dated: January 22, 2026